UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Sandra Lee Ford                                                         Bankruptcy No.  23-50435
                                                                        Chapter 7
        Debtor.

_____

Erik A. Ahlgren, Trustee,

        Plaintiff,
vs.                                                                     Adv Proc No. 25-05007

Sandra Lee Ford, Stacy Harsha,
Jeffrey Woodson,
        Defendant.

---

## CERTIFICATE OF SERVICE

I, Lisa Ahlgren, declare under penalty of perjury that on May 9 2025, she caused to be served the following documents in connection with the above referenced case:

    Summons (Doc 3) and Complaint (Doc 1)

by sending true and correct copies via USPS first class mail, postage pre-paid to:

Sandra Lee Ford                          Stacy Harsha
24799 Shady Acres Lane                   24793 Shady Acres Lane
Nisswa MN  56468                         Nisswa MN 56468

Jeffrey Woodson
2207 Reba Rd 3320
Spring TX  77830


Executed on: May 9, 2025          Signed:  /e/Lisa Ahlgren
                                           Lisa Ahlgren
                                           220 W. Washington Ave, Ste 105
                                           Fergus Falls, MN  56537